UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**IN ADMIRALTY**

IN THE MATTER OF:

THE COMPLAINT OF CHARLOTTE
COUNTY SEAWALLS, INC., as owner of a
2013 22.5' Florida homemade boats push
boat (HIN: FLZDR668C313), in a cause of
exoneration from or limitation of liability,

   Petitioner,

v.               Case No: 2:21-cv-689-JLB-MRM

POTENTIAL CLAIMANTS,

   Claimants.
_____

**<u>ORDER</u>**

  On December 3, 2021, the Magistrate Judge entered a Report and Recommendation ("R&R") recommending that Petitioner's Unopposed Motion for Entry of Final Default Judgment Against All Non-Appearing Potential Claimants (Doc. 22) be granted. (Doc. 23.) No objections have been filed and the time to do so has expired. A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection. <u>Id.</u>; <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned R&R.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and made part of this Order for all purposes.

2. Petitioner's Unopposed Motion (Doc. 22) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter default judgment against all persons and entities that have not filed a claim in this action by the November 24, 2021 deadline.

**ORDERED** at Fort Myers, Florida, on January 18, 2022.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE